IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br> )<br>v. )<br> )    Case No. 1:25-mj-685<br>ISMAEL PONCE PORFIL, )<br> )<br>Defendant. ) | |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Officer Dockell Yarbrough, being duly sworn, state the following:

1. I entered on duty with the Central Intelligence Agency ("CIA" or "Agency") Police in August 2025. Prior to joining the CIA Police, I completed the Uniformed Police Training Program at the Federal Law Enforcement Training Center. I am a federal law enforcement officer as provided in 50 U.S.C. § 3515(a)(1).

2. This affidavit is submitted in support of a criminal complaint charging ISMAEL PONCE PORFIL with criminal trespass at the George Bush Center for Intelligence in Fairfax County, Virginia ("CIA Headquarters"), in violation of 32 C.F.R. § 1903.7(a), which prohibits entering or remaining on an Agency installation without proper authorization, reentering an Agency installation after being instructed not to reenter, or failing to obey an order to leave an Agency installation.

3. The facts and information contained in this affidavit are based upon my personal knowledge and observations during the course of this investigation; information conveyed to me by other individuals, including law enforcement officers; and my review of records, documents, and other physical evidence obtained during the investigation. This affidavit contains information

necessary to support probable cause, and it is not intended to include each and every fact and matter observed by me or known to the government.

4.      On Monday, December 8, 2025, at approximately 1:58 a.m., I was working as a uniformed police officer at the CIA Headquarters. I was informed that an unidentified vehicle was observed within the Agency installation at a gate arm seeking entrance to the CIA Headquarters' Visitor Control Center. The driver of the vehicle was identified as an Uber driver transporting a single passenger in the rear seats. The passenger was later identified as ISMAEL PONCE PORFIL, based on his Puerto Rico driver's license.

5.      The vehicle had driven onto the Agency installation and had driven past warning signs, which read in relevant part:

WARNING

RESTRICTED

U.S. GOVERNMENT

INSTALLATION

EMPLOYEES AND OFFICIAL

VISITORS ONLY

IT IS UNLAWFUL TO ENTER

OR ATTEMPT TO ENTER

THIS INSTALLATION WITHOUT

PROPER AUTHORIZATION

32 C.F.R. 1903

6.      After I parked my police car behind the subject vehicle, I observed PORFIL exit from the rear passenger side door while carrying a backpack and duffle. I instructed PORFIL to

not walk closer and to place his bags on the ground, and PORFIL complied. I asked PORFIL if he was an employee or had a CIA badge, and PORFIL replied "no." I asked PORFIL why he had come to CIA, and he replied that he had come to CIA Headquarters to help CIA. PORFIL stated that he had just arrived on a flight from Puerto Rico to Virginia.

7. Records checks initially identified PORFIL as someone who had not previously trespassed at the CIA. However, I later learned that PORFIL had previously approached an Agency installation in 2023, and that he been warned to not return to CIA. This information was not initially available to me because PORFIL's name was misspelled in the 2023 incident's report.

8. I told PORFIL that he was not authorized to be at the CIA and that PORFIL needed to leave. PORFIL repeatedly replied that he would not leave. When I told PORFIL that he had to leave or he would be issued a criminal citation or arrested, PORFIL held out his hands in front of him in a gesture as if being handcuffed for arrest. I then placed PORFIL under arrest for trespassing on an Agency installation and failing to obey an order to leave an Agency installation. Officers permitted the Uber driver to leave the Agency installation.

//
//
//
//
//
//
//
//

9. Based on the foregoing, I submit that there is probable cause to believe that, on or about December 8, 2025, in Fairfax County, Virginia, within the Eastern District of Virginia, ISMAEL PONCE PORFIL did enter or remain on an Agency installation without proper authorization, reenter an Agency installation after being instructed not to reenter, and fail to obey an order to leave an Agency installation, in violation of 32 C.F.R. § 1903.7(a).

Officer Dockell Yarbrough
Central Intelligence Agency Police

Subscribed and sworn to before me
This 8th day of December 2025.

The Honorable William B. Porter
United States Magistrate Judge
Alexandria, Virginia